**BRONSTER FUJICHAKU ROBBINS**
**A Law Corporation**

MARGERY S. BRONSTER     4750
ROBERT M. HATCH     7724
DANIEL J. COMER     11801
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
Email: mbronster@bfrhawaii.com
       rhatch@bfrhawaii.com
       dcomer@bfrhawaii.com

**MILBERG, PLLC**
JOHN J. NELSON*
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

Attorneys for Plaintiff and the Proposed Class
**\*pro hac vice* forthcoming

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DANA ROSEMARIE JOHNSON, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF HAWAI'I SYSTEM, UNIVERSITY OF HAWAI'I AT MANOA, and UNIVERSITY OF HAWAI'I CANCER CENTER,<br><br>          Defendants. | Civil No. 1:26-cv-00066-LEK-RT<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND ALL PARTIES**; CERTIFICATE OF SERVICE |

**PLAINTIFF'S NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE OF ALL CLAIMS AND ALL PARTIES**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Local Rule 41.1, Plaintiff

DANA ROSEMARIE JOHNSON, individually and on behalf of all others

similarly situated, by and through her attorneys, Bronster Fujichaku Robbins,

submits this Notice of Dismissal without prejudice of Plaintiff's Complaint against

Defendants UNIVERSITY OF HAWAI'I SYSTEM, UNIVERSITY OF HAWAI'I

AT MANOA, and UNIVERSITY OF HAWAI'I CANCER CENTER (collectively,

"Defendants"), filed February 11, 2026 [ECF No. 1].

Defendants have not served an answer or filed a motion for summary

judgment. No fees or costs are sought to be awarded. No claims remain upon this

dismissal.

DATED: Honolulu, Hawai'i, March 2, 2026.

**BRONSTER FUJICHAKU ROBBINS**

*/s/ Robert M. Hatch*
MARGERY S. BRONSTER
ROBERT M. HATCH
DANIEL J. COMER

1

**MILBERG PLLC**
JOHN J. NELSON*

Attorneys for Plaintiff
DANA ROSEMARIE JOHNSON
*pro hac vice* forthcoming

**APPROVED AS TO FORM:**



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

---

*Dana Rosemarie Johnson, etc. v. University of Hawaiʻi System, et al.*, Civil No.
1:26-cv-00066-RT-NONE (United States District Court for the District of Hawaiʻi);
***Plaintiff's Notice of Dismissal Without Prejudice of All Claims and All Parties***

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DANA ROSEMARIE JOHNSON, individually and on behalf of all others similarly situated, | Civil No. 1:26-cv-00066-RT-NONE |
| | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF HAWAI'I SYSTEM, UNIVERSITY OF HAWAI'I AT MANOA, and UNIVERSITY OF HAWAI'I CANCER CENTER, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct file marked copy of the

foregoing document was served on all parties via email as indicated below:

DAVID M. LOUIE, ESQ.                                        [via Email]
CRAIG K. SHIKUMA, ESQ.
AUSTIN H. JIM ON, ESQ.
Kobayashi Sugita & Goda, LLP
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Email: dml@ksglaw.com;
cshikuma@ksglaw.com;
ajo@ksglaw.com

Attorney for Defendants
UNIVERSITY OF HAWAI'I SYSTEM,
UNIVERSITY OF HAWAI'I AT MANOA,
and UNIVERSITY OF HAWAI'I CANCER CENTER

//

DATED: Honolulu, Hawaiʻi, March 2, 2026.

**BRONSTER FUJICHAKU ROBBINS**

*/s/ Robert M. Hatch*
MARGERY S. BRONSTER
ROBERT M. HATCH
DANIEL J. COMER

**MILBERG PLLC**
JOHN J. NELSON*

Attorneys for Plaintiff
DANA ROSEMARIE JOHNSON
**pro hac vice* forthcoming